UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FELIPE JESUS MAURICIO MARROQUIN,

        Petitioner,

v.

JOSEPH D. MCDONALD, Plymouth County Sheriff,
TODD M. LYONS, Acting Director Immigration and Customs Enforcement, Boston Field Office,
MICHAEL KROL, New England Field Office Director U.S. Immigration and Customs Enforcement,
PATRICIA HYDE, Director of the Boston Field Office, U.S. Immigration and Customs Enforcement and Removal Operations,
KRISTI NOEM, U.S. Secretary of Homeland Security,
PAMELA BONDI, Attorney General of the U.S.,
DONAL TRUMP, President of the U.S.
        Respondents.

CA No.: 1:25-CV-11575-DJC

**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND WITHOUT COSTS AND INTEREST**

      Pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii) the parties move this Honorable Court to dismiss this action without prejudice and without costs and interest.

      Respectfully submitted,

| PETITIONER | RESPONDENTS |
|---|---|
| By his counsel, | By their counsel, |
|  | LEAH B. FOLEY |
| */s/ Michael B. Kaplan* | United States Attorney |
| Rubin Pomerleau PC |  |
| Two Center Plaza, Suite 520 | /s/ *Rayford A. Farquhar* |
| Boston, MA 02108 | Rayford A. Farquhar |
| (617) 367-0077 | Assistant U.S. Attorney |
| mk@rubinpom.com | U.S. Attorney's Office |
|  | 1 Courthouse Way, Ste. 9200 |
|  | Boston, MA  02210 |
|  | (617) 784-3100 |
|  | Email: Rayford.farquhar@usdoj.gov |

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

Dated:  June 13, 2025                    By:    */s/ Rayford A. Farquhar*
                                                RAYFORD A. FARQUHAR
                                                Assistant United States Attorney

## LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Assistant United States Attorney, herein certify that on Friday, June 13, 2025, I spoke with and corresponded with Attorney Nicole Dill of Rubin Pomerleau and she provided me with permission to file this Joint Stipulation of Dismissal without Prejudice and without Costs and Interest.

Dated:  June 13, 2025                    By:    */s/ Rayford A. Farquhar*
                                                RAYFORD A. FARQUHAR
                                                Assistant United States Attorney